UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WYNDHAM VACATION RESORTS, INC.,  )
                                 )
       Plaintiff                 )
                                 )
       v.                        )  No. 3:13-0087
                                 )  Judge Nixon/Bryant
VO FINANCIAL, TN, INC.,          )  **Jury Demand**
                                 )
       Defendant                 )

## O R D E R

There are three motions pending in this case: Defendant's Motion to Stay Discovery (Docket Entry No. 12), Plaintiff's Motion for Modification of the Case Management Order (Docket Entry No. 25) and the Motion of John D. Kitch to Withdraw as Counsel for Defendant (Docket Entry No. 27).

First, the undersigned Magistrate Judge finds that Mr. Kitch's motion for leave to withdraw as counsel should be **GRANTED**. Mr. Kitch is directed to send a copy of this order to his client at the address of record.

The Defendant is admonished that, as a corporation, it may not proceed in this action unless represented by an attorney. *Rowland v. Calif. Men's Colony*, 506 U.S. 194, 201-02 (1993); Local Rule 83.01(d)(3). Defendant is **GRANTED** a period of **45 days** from the date of this order within which to secure new counsel. Defendant is advised that its failure to secure counsel within this period may subject it to judgment by default.

Given the foregoing ruling the undersigned Magistrate Judge finds that entry of a revised case management order at this time is premature and should be delayed until the status of

representation of the Defendant is resolved. Accordingly, Plaintiff's current motion for modification of the case management order is **DENIED** without prejudice to the filing of a similar motion, if appropriate, when Defendant secures new representation. Defendant's Motion to Stay Discovery is likewise **DENIED** as moot.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge