# IN THE UNITED STATES DISTRICT COURT
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Wyndham Vacation Resorts, Inc., et al., | ) |
| | ) Case No. 3:13-cv-0087 |
| Plaintiff, | ) |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Bryant |
| | ) |
| VO Financial TN, Inc., | ) |
| | ) |
| Defendants | ) |

## DEFAULT JUDGMENT

Pending is the Motion for Entry of Default Judgment filed by Plaintiff Wyndham Resorts, Inc. (Docket Entry No. 34). Defendant has failed to retain counsel and to defend the case. As a result, the Clerk entered default against it on June 11, 2014. Despite the entry of default pursuant to Federal Rule of Civil Procedure 55(a), Defendant has still failed to retain counsel and defend the case. Accordingly, the Clerk grants Plaintiff's motion for default judgment. Plaintiff is awarded judgment against Defendant VO Financial TN, Inc., in the amount of $1,868,341.91 as requested in its motion.

s/ Keith Throckmorton
Keith Throckmorton
Clerk of Court